UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| | No. 1:13-CV-02638 |
| v | |
| | (Judge Kane) |
| SCOTT E. SNYDER, Defendant. | (Electronically filed) |

## CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint filed herein states a claim upon which relief can be granted.

2. The Defendant, SCOTT E. SNYDER, hereby acknowledges and accepts service of the Complaint filed herein. Waiver of Service was completed on October 28, 2013 and filed with the Court on November 19, 2013.

3. The claim of the Plaintiff is for a sum certain.

4. The Defendant hereby agrees to the entry of Judgment in the principal amount of $138,531.88, together with interest on unpaid principal at the rate of 3.125 through February 20, 2013, in the amount of $2,395.84 and, from February 20, 2013 until the date of judgment in the amount of $2,965.15; and, for filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) in the sum of $400.00, making a total due in the amount of $144,292.87.

5. Interest at the current legal rate will accrue upon entry of judgment and will be compounded annually until paid in full.

6. The Defendant shall make monthly payments, to the United States Attorney's Office, William J. Nealon Federal Building, P.O. Box 309, Scranton, Pennsylvania 18501, until said judgment is satisfied, with said payments to become due on the **15th** day of each month commencing November, 2013. Payments will not be less than **$550.00** monthly unless agreed to in writing by all parties and there is no penalty for prepayment. Besides the regular monthly payment, the debt will be submitted to the Department of Treasury for inclusion in the Treasury Offset Program. Under this Program, any federal payment normally received may be offset and applied to this debt.

7. This Consent Judgment shall be recorded among the records of the County Court in the county of residence of the Defendant, and all other jurisdictions where it is determined by the United States that the Defendant owns real or personal property.

8. The Defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence or telephone number. Defendant shall provide such information to the Assistant United States Attorney, James T. Clancy, United States Attorney's Office, Financial Litigation Unit, Suite 311, P.O. Box 309, Federal Building, Scranton, PA 18501.

9. As long as Defendant complies with the above-stated payment schedule, Plaintiff shall take no action in execution of said judgment.

10. A ten (10) day period will be allowed for late payments, however, all late payments are subject to an interest charge of 15 percent per annum compounded daily commencing on the date payment is due. In the event that the Defendant fails to make any of the payments specified in this Consent Judgment by the end of this ten (10)

day period, or in the manner required by this Consent Judgment, the United States may, at its option, declare this Agreement to be in default, and the full remaining unpaid balance (including all unpaid interest and unpaid principal) shall become immediately due and payable. Interest on said amount shall accrue at the rate of 15 percent per annum compounded daily from the date of default on the full remaining unpaid balance. Upon declaration of default, the United States shall mail, by first class mail, a notice of said default addressed to the Defendant at the Defendant's last known address;

11. It is recognized that, for purposes of the Bankruptcy Act, 11 U.S.C. Section 501, et seq., that the settlement amount is not dischargeable pursuant to 11 U.S.C. Section 523 (a)(7).

12. This Consent Judgment shall be binding on the heirs, administrators, executors, successors and transferees of the Defendant.

s/Yvette Kane

Yvette Kane
U.S. DISTRICT JUDGE

## CONSENT TO ENTRY OF JUDGMENT

We the undersigned consent to the entry of the above Consent Judgment. We represent to the Court that:

This Consent Judgment contains a complete description of the agreement between the parties. All material representations, understandings and promises of the parties are contained in this Consent Judgment. The Defendant represents that this Consent Judgment is entered into with knowledge of the events described herein, and that it is entered into voluntarily without any degree of duress or compulsion whatsoever.

PETER J. SMITH
United States Attorney

By: [signature]
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY
Attorneys for Plaintiff

[signature]
SCOTT E. SNYDER
Defendant